UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

CHARLES T. McINTOSH,  Civil No. 05-2073 (RHK/JJG)

      Plaintiff,  **ORDER**

  v.

Minn. Atty. General: MIKE HATCH et al., Minn.
Governor TIM PAWLENTY, et al., THE MINNESOTA
DEPARTMENT OF CORRECTIONS et al., JOAN FABIAN,
(DOC's Commissioners and Policy Makers), et al.,
JEFFERY PETERSON, (HRU exec.), MCF-LL, Warden:
DAVID CRIST, Hearing Officer: CHRIS PAWELK,
Parole Agent: WILLIAM FRANKEN, J. LAMBERT, DEB
COLE, RANDY TENGE, JANICE HAUGEN, G. PERRY,
MARY L., NGOC NGUYEN, SARAH TARDY, ROBERT
FENEIS, JOE COSGROVE, COUNTY OF ANOKA,
and CHISAGO, et al.,

      Defendants.

_____

The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 9) is **ADOPTED**;

2. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 6) is **DENIED**;

     3.  Plaintiff's "Motion to Include and/or Add U.S. Magistrate Susan R. Nelson, as a defendant to the above case file, and a request for additional relief" (Doc. No. 8) is **DENIED**; and

     3.  This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 29, 2005

                                          s/Richard H. Kyle  
                                          RICHARD H. KYLE  
                                          United States District Judge